DAVID S. MURDEN, Appellant, v. WESTCHESTER COUNTY PUBLISHERS, INC., Respondent, and Another, Defendant.— Action for libel. Order dismissing the amended complaint under Civil Practice Rule 106, on the ground that it fails to state facts sufficient to constitute a cause of action for libel, and judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Appeal from decision dismissed. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

THE NEVINS, INC., Respondent, v. ELIAS KASMACH, as President of the Waiters and Waitresses Union, Local No. 2 of Brooklyn and Queens, Affiliated with the American Federation of Labor and Central Trades and Labor Council of Greater New York, Appellant. (Appeal No. 1.) — Order granting injunction *pendente lite* reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on authority of *Nevins, Inc.*, v. *Kasmach, Appeal No. 2* (*post*, p. 890), decided herewith. Hagarty, Carswell, Johnston, Adel and Close, JJ., concur.

THE NEVINS, INC., Respondent, v. ELIAS KASMACH, as President of the Waiters and Waitresses Union, Local No. 2 of Brooklyn and Queens, Affiliated with the American Federation of Labor, and Central Trades and Labor Council of Greater New York, Appellant. (Appeal No. 2.) — Order denying motion to dismiss the complaint for failure to state facts sufficient to constitute a cause of action reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The contract sought to be enforced in equity is an alleged agreement not to strike. Enforcement of such a contract by injunction is against public policy, as declared by the Legislature. Hagarty, Carswell, Johnston, Adel and Close, JJ., concur.

PAN AMERICAN SECURITIES CORPORATION, Respondent, v. FRIED KRUPP AKTIENGESELLSCHAFT, Appellant.— Action to recover for breach of an express contract for the payment of money under bonds issued by the defendant. Order denying defendant's motion, on a special appearance, to vacate a warrant of attachment affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis, Johnston and Adel, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS CALAKIS, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of the crime of violating section 100 of the Alcoholic Beverage Control Law, unanimously affirmed. No opinion. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.